G. EDW. WILLIAMS v. THE STATE.

No. 5741. Decided March 31, 1920.

Misdemeanor—Notice of Appeal—Jurisdiction.

The jurisdiction of this court does not attach in the absence of a notice of appeal, C. C. P., Art. 915.

Appeal from the County Court at Law No. 1 of Harris County. Tried below before the Honorable Walter E. Monteith.

Appeal from the conviction of representing a life insurance company without a certificate of authority; penalty, a fine of $500.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley*, Assistant Attorney General for the State.—Cited Stuart v. State, 123 S. W. Rep., 590; Narsingle v. State, 146 S. W. Rep., 934.

MORROW, JUDGE.—The appellant was convicted of a misdemeanor. We find in the record no notice of appeal. The Assistant Attorney General requests a dismissal upon that ground. The jurisdiction of

the court does not attach in the absence of a notice of appeal. C. C. P., Art. 915, decisions thereunder Vernon's Texas Crim. Statutes, vol. 2, p. 877.

The appeal is dismissed.

*Dismissed.*